**Earl M. Osborn, Plaintiff-Appellant, v. Novo Card Publishers, Inc., Defendant-Appellee.**

**Gen. No. 47,748.** 

First District, Third Division.

January 29, 1960.

Released for publication March 4, 1960.

Musgrave,
Ewins, Hanson, and Anderson, for appellant; Lederer, Livingston, Kahn, and Adsit (Edward J. Kahn, of counsel) for defendant-appellee. Opinion by PRESIDING JUSTICE BRYANT. **Not to be published in full.**